[No. 39139-2-II.   Division Two.   May 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST A. KAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00452-0, Toni A. Sheldon, J., entered March 30, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 39194-5-II.   Division Two.   May 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICO A. LARIOS-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00072-0, David L. Edwards, J., entered April 20, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ. Now published at 156 Wn. App. 257.

[No. 39242-9-II.   Division Two.   May 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA LEORA DEMOSS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00003-1, James J. Stonier, J., entered April 29, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39272-1-II.   Division Two.   May 4, 2010.]

DANIEL O. GLENN ET AL., *Appellants*, v. THE THURSTON COUNTY BOARD OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-02294-1, Scott A. Collier, J. Pro Tem., entered April 20, 2009. *Dismissed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.